No. 77–5805.  WINDOWS v. PENNSYLVANIA.  Super. Ct. Pa.
Certiorari denied.

No. 77–5808.  HARDWICK v. DOOLITTLE ET AL.  C. A. 5th
Cir.  Certiorari denied.

No. 77–5809.  TURNER v. LANDRY.  C. A. 5th Cir.  Certiorari denied.

No. 77–5811.  GILBERT v. YALANZON.  Ct. App. Ga.  Certiorari denied.

No. 77–5819.  TEPLITSKY v. BUREAU OF COMPENSATION,
U. S. DEPARTMENT OF LABOR, ET AL.  C. A. 2d Cir.  Certiorari
denied.

No. 77–5825.  MYERS v. AMPEX, INC., ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 77–5828.  WASHINGTON v. MISSOURI.  Ct. App. Mo.,
Kansas City Dist.  Certiorari denied.

No. 77–5840.  SAVAGE v. CITY OF WORTHINGTON, OHIO.
Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 77–5841.  HOLLIS v. NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 77–5842.  HOCKINGS v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 77–5843.  HILL v. ESTELLE, CORRECTIONS DIRECTOR.
C. A. 5th Cir.  Certiorari denied.

No. 77–5849.  PEARSON v. NEW YORK.  App. Div., Sup. Ct.
N. Y., 4th Jud. Dept.  Certiorari denied.